IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INFORLIFE SA and<br>WG CRITICAL CARE, LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>SUN PHARMACEUTICAL<br>INDUSTRIES, LTD., SUN<br>PHARMACEUTICAL INDUSTRIES,<br>INC., and HIKMA<br>PHARMACEUTICALS USA INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 21-1740 (WCB)<br>) CONSOLIDATED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for the parties to submit the Joint Claim Construction Brief pursuant to paragraph 4 of the Joint Stipulation and Order Regarding Claim Construction Briefing and Schedule (D.I. 135) is extended until November 15, 2022.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Megan E. Dellinger* | */s/ Kelly E. Farnan* |
| Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com | Kelly E. Farnan (#4395)<br>Sara M. Metzler (#6509)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>metzler@rlf.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Sun Pharmaceutical Industries, Ltd. and Sun Pharmaceutical Industries, Inc.* |

HEYMAN ENERIO GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*

Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendant Hikma Pharmaceuticals USA Inc.*

SO ORDERED this 15th day of November, 2022.

*William C. Bryson*

William C. Bryson
United States Circuit Judge