IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INFORLIFE SA and<br>WG CRITICAL CARE, LLC,<br><br>　*Plaintiffs*,<br><br>　v.<br><br>SUN PHARMACEUTICAL INDUSTRIES LTD., SUN PHARMACEUTICAL INDUSTRIES, INC.,<br><br>　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 21-1740-WCB |

**ORDER**

In this Hatch-Waxman Act patent case, the parties have filed a stipulation seeking to extend all deadlines in this case by four weeks. Dkt. No. 189. The parties' proposed deadlines, set forth in Schedule A of Dkt. No. 189, are approved with the following modifications: (1) the pretrial conference will be held on a date to be determined; and (2) the 5-day bench trial will begin on November 13, 2023, as originally scheduled.

IT IS SO ORDERED.

SIGNED this 31st day of January, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　WILLIAM C. BRYSON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE

1